# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

| | |
|---|---|
| **CURTIS EVANS, # L-2500** | **PETITIONER** |
| **VERSUS** | **CIVIL ACTION NO. 1:17cv181-HSO-JCG** |
| **WARDEN BRADLEY** | **RESPONDENT** |

## ORDER GRANTING VOLUNTARY DISMISSAL

BEFORE THE COURT is pro se Petitioner Curtis Evans's Motion to Drop All Cases [10], which the Court construes as a motion to voluntarily dismiss this case. Petitioner is incarcerated with the Mississippi Department of Corrections, and he filed this habeas action on June 22, 2017. Petitioner now moves to voluntarily dismiss this case, pursuant to Federal Rule of Civil Procedure 41(a). The Court finds the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that pro se Petitioner Curtis Evans's Motion to Drop All Cases [10], which the Court construes as a motion for voluntary dismissal of the instant action, should be, and is hereby, **GRANTED**. This case is **DISMISSED WITHOUT PREJUDICE**. A separate final judgment shall issue pursuant to Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED**, this the 25th day of October, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE