IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CURTIS EVANS, # L-2500                                                    PETITIONER

V.                                         CIVIL ACTION NO. 1:17cv181-HSO-JCG

WARDEN BRADLEY                                                           RESPONDENT

## FINAL JUDGMENT

This matter is before the Court on pro se Petitioner Curtis Evans's Motion to Drop All Cases [10], which the Court construes as a motion for voluntary dismissal. Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a).

**SO ORDERED AND ADJUDGED**, this the 25th day of October, 2017.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE