IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

CURTIS EVANS, # L-2500                                     PETITIONER

v.                                    CIVIL ACTION NO. 1:17cv181-HSO-JCG

WARDEN BRADLEY                                          RESPONDENT

## CERTIFICATE OF APPEALABILITY

     A final order adverse to the applicant having been filed in the captioned habeas corpus case, in which the detention complained of arises out of process issued by a state court, the court, considering the record in the case and the requirements of 28 U.S.C. § 2253, Rule 22(b) of the Federal Rules of Appellate Procedure, and Rule 11(a) of the Rules Governing Section 2254 Cases in the United States District Courts, hereby finds that:

     A Certificate of Appealability should not issue. The applicant has failed to make a substantial showing of the denial of a constitutional right.

Date: October 25, 2017                           *s/ Halil Suleyman Ozerden*
                                                              HALIL SULEYMAN OZERDEN
                                                              UNITED STATES DISTRICT JUDGE